IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>ARCADIA ARCHITECTURAL PRODUCTS, INC., ARCADIA, INC., and ASSOCIATION OF APARTMENT OWNERS OF POIPU POINT<br><br>Defendants. | CIVIL ACTION<br><br>NO. 3:19-cv-01987<br><br><br><br>DECEMBER 18, 2019 |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MASSACHUSETTS BAY INSURANCE COMPANY

In accordance with Federal Rule of Civil Procedure 7.1, the plaintiff, Massachusetts Bay Insurance Company, hereby submits the following:

1. Massachusetts Bay Insurance Company is a wholly owned subsidiary of The Hanover Insurance Company. The Hanover Insurance Company is a wholly owned subsidiary of Opus Investment Management, Inc., which in turn is a wholly owned subsidiary of The Hanover Insurance Group, Inc.

2. No publicly held corporation owns more than 10% or more of The Hanover Insurance Group, Inc.'s stock.

1

**Dated:** December 18, 2019

                THE PLAINTIFF,
                MASSACHUSETTS BAY
                INSURANCE COMPANY

                /s/ Christopher P. Williams
By: _____
                Christopher P. Williams
                Fed. Bar No. ct28876
                Tara F. Racicot
                Fed Bar No. ct30619
                Conway Stoughton LLC
                641 Farmington Avenue
                Hartford, CT 06105
                (860) 523-8000 (p)
                (860) 523-8002 (f)
                cwilliams@conwaystoughton.com
                tracicot@conwaystoughton.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on the above date, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                Ct28876
                _____
                Christopher P. Williams

2